The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | Date of Offense |
|---|---|---|---|
| MY93 | E2809854 | TUCKER | 11/16/2026 |
| **THE CHARGE ON THE VIOLATION NOTICE** | | | |
| Offense Charged | Offense Description | | |
| 18:13-1600.M | ASSAULT | | |
| Defendant Name | | | |
| HALL, MICHAEL C | | | |
| Initial Court Appearance | | | |
| MANDATORY **-** You must appear in court | | | |
| Court Address | | | Date/Time |
| US DISTRICT COURT<br>6500 CHERRYWOOD LANE<br>COURTROOM 1A ASSEMBLY ROOM<br>GREENBELT, MD 20770 | | | 11/16/2026<br>03:00 PM |